## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 79 WM 2019

       Respondent              :

           v.                     :

ROBERT JAMES THOMAS,          :

       Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief Under King's Bench Jurisdiction is DENIED.